# Exhibit 2

Method Claim: 1

| US9002376 | Navigine Tracking Platform (“The accused system”) |
|---|---|
| 1. A method for determining positioning of a wireless terminal comprising: | The accused system discloses a method for determining positioning of a wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone.<br><br>https://navigine.com/platform/tracking/ |

# REAL-TIME INDOOR & OUTDOOR ASSET TRACKING WITH NAVIGINE

**Navigine Tracking Platform** is an equipment tracking web-based platform and **employee-monitoring system** that allows to effectively address safety and workflow optimization issues. The system can **boost productivity by up to 22%** and **reduce idle time by 18%**.

The **RTLS platform** is a set of tools that developers can apply to create web services for indoor asset tracking, employees, and vehicles. Also, it can be implemented in 3D and by using Artificial Intelligence allowing you to **reduce operational delays by up to 30%**.

Navigine provides comprehensive guidance during the installation and configuration of the real time asset tracking system, offers **high-quality technical support** and regular system updates.




https://navigine.com/platform/tracking/




## Real-Time Positioning

Monitor the live location of assets, employees, and vehicles within your facility. View movement history, assign target groups, and filter by role, zone, or activity. For example, in a hospital setting, staff can instantly locate critical equipment—like defibrillators or infusion pumps—saving valuable time during emergencies. Implementing real-time indoor positioning can reduce search time by up to 80% and improve workflow efficiency by 30% across large facilities.

https://navigine.com/platform/tracking/

# WHAT IS WI-FI RTT

Wi-Fi RTT (Round-trip time) is a brand new technology that allows locating devices with unprecedented sub-meter accuracy. Basically, it measures the distance between a device and Wi-Fi routers which is way more accurate than using a GPS signal. The latter can't provide an acceptable level of accuracy at all when it comes to indoor positioning. Wi-Fi RTT outperforms RSSI-based methods as well, thanks to reduced latency and better accuracy.

https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/

# WHAT WE OFFER

Our core products are navigation SDK and API allowing our customers to develop applications tailored to their business needs. We are not working on hardware, but delivering algorithms and software-related products that solve your business problems effectively.

wireless terminal

So far, it is clear that Navigine solution based on Wi-Fi RTT will be supported on Android devices (Android 9+). Will it be supported by iOS devices or not, prospects remain uncertain.

https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/

| | |
|---|---|
| | **THE USE**<br>Today, this technology is the next step to improve services that use indoor positioning. We expect that its implementation will become a better solution for many industries.<br><br>Wi-Fi RTT is applicable for tracking vehicles and cargo within warehouses and production plants. Comparing to Bluetooth® LE, this technology provides enhanced accuracy and reduced latency, making processes more rapid and reducing delays.<br>https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/<br><br>What is indoor location tracking?<br>Indoor location tracking determines the real-time location of objects or people within a building using technologies like Bluetooth, Wi-Fi, UWB or magnetic fields – where GPS signals are weak or non-existent.<br><br>How to create an indoor tracking system?<br>An indoor tracking system is made up of hardware (e.g. GPS, Wi-Fi or BLE devices) and a backend software platform. It needs a data collection layer, real-time location engine, cloud storage and a user facing web interface.<br>https://navigine.com/platform/tracking/ |

| | |
|---|---|
| | **Principle of operation**<br>There are 2 types of tracking:<br>1. Tracking using active infrastructure<br>2. Tracking using passive infrastructure<br>Antennas and locators could be based on the following technologies:<br>▸ BLE<br>▸ WiFi<br>▸ WiFi-RTT<br>▸ UWB<br>▸ Ultrasonic<br>determining positioning of a wireless terminal<br>The employee's wearable device is a transmitter, and the antennas are receivers that collect and send raw data from the tags where the location is calculated to the server.<br>https://docs.navigine.com/en/Tracking |

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=VAzMhld3bH0



https://navigine.com/platform/tracking/
</td>
</tr>
<tr>
<td>determining positioning of</td>
<td>The accused system discloses determining positioning of a plurality of</td>
</tr>
</table>

| | |
|---|---|
| a plurality of receivers capturing a first wireless signal emitted from the wireless terminal; | receivers (e.g., Wi-Fi RTT based access points and gateways) capturing a first wireless signal emitted from the wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone).<br><br>As shown below, the accused system allows the user to locate Wi-Fi RTT-based access points and gateways (receivers) on a floor plan or map. The position of the plurality of Wi-Fi RTT-based access points and gateways (receivers) is visible on the web interface of the accused system. Similarly, when a smartphone (wireless terminal) is used for navigating the floor plan or map, the positions of the Wi-Fi RTT-based access points and gateways (receivers) are visible on said floor plan or map. In Wi-Fi RTT, the smartphone (wireless terminal) emits a wireless signal to determine the time of flight, or round-trip time, in order to determine its position relative to the Wi-Fi RTT-based access points and gateways employed by the system.<br><br>Pic. 13 Add transmitter button<br><br>Pic. 14 Click on the map using "add transmitter"<br>2.8. In the list of supported equipment, select "WiFi".<br>Pic. 24 Locating your position on the Navigation tab within the app<br>https://docs.navigine.com/rtt_instruction |

| | |
|---|---|
| | 1. Open the Sublocation interface.<br>2. Click on the "Add transmitter" button.<br><br><br>*Pic. 10 Adding gateway*<br>https://docs.navigine.com/moko_smart_gateway |




https://www.youtube.com/watch?v=VAzMhld3bH0

What is indoor location tracking?

Indoor location tracking determines the real-time location of objects or people within a building using technologies like Bluetooth, Wi-Fi, UWB or magnetic fields – where GPS signals are weak or non-existent.

How to create an indoor tracking system?

An indoor tracking system is made up of hardware (e.g. GPS, Wi-Fi or BLE devices) and a backend software platform. It needs a data collection layer, real-time location engine, cloud storage and a user facing web interface.

https://navigine.com/platform/tracking/

| | |
|---|---|
| | WHAT IS WI-FI RTT<br><br>Wi-Fi RTT (Round-trip time) is a brand new technology that allows locating devices with unprecedented sub-meter accuracy. Basically, it measures the distance between a device and Wi-Fi routers which is way more accurate than using a GPS signal. The latter can't provide an acceptable level of accuracy at all when it comes to indoor positioning. Wi-Fi RTT outperforms RSSI-based methods as well, thanks to reduced latency and better accuracy.<br><br>https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/<br><br>○ Time of Flight (ToF) and Round Trip Time (RTT): More advanced systems measure the time it takes for Wi-Fi signals to travel from the device to the access point and back. Wi-Fi RTT (as part of the IEEE 802.11mc protocol) allows for highly accurate distance measurements—often within 1–2 meters—without relying on signal strength, making it ideal for applications that demand precision.<br><br>capturing a first wireless signal emitted from the wireless terminal<br><br>https://navigine.com/blog/wifi-for-indoor-positioning-and-navigation/ |

| | |
|---|---|
| | **Principle of operation**<br>There are 2 types of tracking:<br>1. Tracking using active infrastructure<br>2. Tracking using passive infrastructure<br>Antennas and locators could be based on the following technologies:<br>- BLE<br>- WiFi<br>- WiFi-RTT<br>- UWB<br>- Ultrasonic<br>a plurality of receivers capturing a first wireless signal emitted from the wireless terminal<br>The employee's wearable device is a transmitter, and the antennas are receivers that collect and send raw data from the tags where the location is calculated to the server. |
| determining a plurality of defined local spaces (DLSs), each DLS defining a volume among four receivers of the plurality of receivers; | The accused system discloses determining a plurality of defined local spaces (DLSs) (e.g., sublocations), each DLS (e.g., sublocation) defining a volume (e.g., a volume of a sublocation) among four receivers (e.g., Wi-Fi RTT based access points and gateways) of the plurality of receivers (e.g., Wi-Fi RTT based access points and gateways).<br><br>As shown below, the accused system allows a user to add a plurality of floor plans or maps (DLSs), each having a plurality of Wi-Fi RTT–based access points and gateways (receivers) to perform location tracking. The system allows the user to add any number of Wi-Fi RTT devices (receivers), wherein four or more such devices (receivers) are allowed to define the position or location of a smartphone within a floor plan or map. |

| | |
|---|---|
| | **Location**<br><br>Location is group of floors (sublocations) which could represent:<br><br>- Building with one or several floors<br>- Territory of a shopping center<br>- Warehouse<br>- Factory.<br><br>defined local spaces (DLSs)<br><br>Guide how to add location. Location must contain at least one floor (sublocation).<br><br>Entires<br><br>- **ID** - *number* - Unique identificator of location in navigine system. Where find location ID<br>- **Title** - *string* - Human readable name of the *location* for easy reference<br><br>**Floor (sublocation)**<br><br>Floor (sublocation) represents map, which is an single image. It can be:<br><br>- Floor plan<br>- Building plan with single floor<br>- Any random single area<br><br>https://docs.navigine.com/en/glossary |

| | |
|---|---|
| | ▸ ***Location*** - Locations list;<br>▸ ***Sublocation*** - Sublocation list; — defined local spaces (DLSs)<br>▸ ***Zone*** - Zones are specific areas that you can set up to trigger notifications;<br>▸ ***Groups*** - select which group should receive the notifications;<br>▸ ***Priority*** - Notification hierarchy of priorities. The priority rises as the value decreases. If the same beacon is the target of several notification messages, the notification with the highest hierarchy position appears first. The remaining notification messages will show up one by one with a 10-second wait. There are Low, Medium and High priority.<br>▸ ***Notification type*** - circumstance under which the notification should be displayed<br>*Entry to zone* - This occurs when an employee enters the designated area<br>*Quit from zone* - This happens when an employee leaves the zone.<br>*Standing in zone* - If an employee stays in the zone for a specific amount of time, a notification is triggered.<br>https://docs.navigine.com/tracking_guide_new_users |

Check the Online tracking tab to see the objects appear and if everything is correct.




*Pic. 15 Online tracking working correctly*

https://docs.navigine.com/tracking_guide_new_users

### 3D Map View

Explore spatial details with Navigine's 3D map interface, enabling intuitive navigation across complex environments. In industrial facilities, 3D visualization helps teams identify bottlenecks, optimize layout planning, and monitor multi-floor operations—contributing to up to 30% faster decision-making in RTLS-enabled environments.




https://navigine.com/platform/tracking/

<table>
<tr>
<td></td>
<td>


https://navigine.com/platform/tracking/


https://www.youtube.com/watch?v=VAzMhld3bH0
</td>
</tr>
<tr>
<td>determining a plurality of points within each DLS,</td>
<td>The accused system discloses determining a plurality of points (e.g., positions within a sublocation) within each DLS (e.g., sublocation), including spatially</td>
</tr>
</table>

| | |
|---|---|
| including spatially relating each point to the positioning of the four receivers defining the corresponding DLS; | relating each point (e.g., a position within a sublocation) to the positioning of the four receivers (e.g., Wi-Fi RTT based access points and gateways) defining the corresponding DLS (e.g., sublocation).<br><br>As shown below, the accused system determines a plurality of positions of devices such as a smartphone within each sublocation (DLS) by measuring their distances (spatially related) from the known positions of the four or more surrounding Wi-Fi RTT–based access points and gateways (receivers) defining that sublocation (DLS).<br><br>▸ ***Location*** - Locations list;<br>▸ ***Sublocation*** - Sublocation list; defined local spaces (DLSs)<br>▸ ***Zone*** - Zones are specific areas that you can set up to trigger notifications;<br>▸ ***Groups*** - select which group should receive the notifications;<br>▸ ***Priority*** - Notification hierarchy of priorities. The priority rises as the value decreases. If the same beacon is the target of several notification messages, the notification with the highest hierarchy position appears first. The remaining notification messages will show up one by one with a 10-second wait. There are Low, Medium and High priority.<br>▸ ***Notification type*** - circumstance under which the notification should be displayed<br>*Entry to zone* - This occurs when an employee enters the designated area<br>*Quit from zone* - This happens when an employee leaves the zone.<br>*Standing in zone* - If an employee stays in the zone for a specific amount of time, a notification is triggered.<br>https://docs.navigine.com/tracking_guide_new_users |

| | |
|---|---|
| | Check the Online tracking tab to see the objects appear and if everything is correct. |




*Pic. 15 Online tracking working correctly*

https://docs.navigine.com/tracking_guide_new_users




Real-Time Positioning

Monitor the live location of assets, employees, and vehicles within your facility. View movement history, assign target groups, and filter by role, zone, or activity. For example, in a hospital setting, staff can instantly locate critical equipment—like defibrillators or infusion pumps—saving valuable time during emergencies. Implementing real-time indoor positioning can reduce search time by up to 80% and improve workflow efficiency by 30% across large facilities.

https://navigine.com/platform/tracking/

| | |
|---|---|
| | **WHAT IS WI-FI RTT**<br><br>Wi-Fi RTT (Round-trip time) is a brand new technology that allows locating devices with unprecedented sub-meter accuracy. Basically, it measures the distance between a device and Wi-Fi routers which is way more accurate than using a GPS signal. The latter can't provide an acceptable level of accuracy at all when it comes to indoor positioning. Wi-Fi RTT outperforms RSSI-based methods as well, thanks to reduced latency and better accuracy.<br><br>spatially relating each point to the positioning of the receivers<br><br>https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/ |

*Pic. 13 Add transmitter button*




*Pic. 14 Click on the map using "add transmitter"*

2.8. In the list of supported equipment, select "WiFi".




*Pic. 24 Locating your position on the Navigation tab within the app*

https://docs.navigine.com/rtt_instruction

| | |
|---|---|
| | 1. Open the Sublocation interface.<br>2. Click on the "Add transmitter" button.<br><br><br>*Pic. 10 Adding gateway*<br>https://docs.navigine.com/moko_smart_gateway |

| | |
|---|---|
| |  <br>https://www.youtube.com/watch?v=VAzMhld3bH0 |
| determining a four travel times for each point, each travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding one of the four receivers defining the corresponding DLS; | The accused system discloses determining a four travel times (e.g., round trip times) for each point (e.g., a position within a sublocation), each travel time (e.g., round trip time) representing time needed for wireless signals to travel from the corresponding point (e.g., a position within a sublocation) to a corresponding one of the four receivers (e.g., Wi-Fi RTT based access points and gateways) defining the corresponding DLS (e.g., sublocation).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone. Wi-Fi RTT uses the round-trip time (RTT) to determine the position of a device, such as a smartphone, with respect to Wi-Fi RTT–based access points and gateways. The round-trip time, or RTT, is the time a Wi-Fi signal takes to travel from a device such as a smartphone to the Wi-Fi RTT–based access points and gateways and then back to the smartphone. For a sublocation having a four Wi-Fi RTT–based access points and gateways, the RTT values corresponding to each access point and gateway are calculated for each location of the device, and these values are collectively used to determine the position of the smartphone |

within that sublocation.

## Principle of operation

There are 2 types of tracking:

1. Tracking using active infrastructure

2. Tracking using passive infrastructure

Antennas and locators could be based on the following technologies:

- BLE
- WiFi
- WiFi-RTT
- UWB
- Ultrasonic

The employee's wearable device is a transmitter, and the antennas are receivers that collect and send raw data from the tags where the location is calculated to the server.

https://docs.navigine.com/en/Tracking

| | |
|---|---|
| | # WHAT IS WI-FI RTT<br><br>Wi-Fi RTT (Round-trip time) is a brand new technology that allows locating devices with unprecedented sub-meter accuracy. Basically, it measures the distance between a device and Wi-Fi routers which is way more accurate than using a GPS signal. The latter can't provide an acceptable level of accuracy at all when it comes to indoor positioning. Wi-Fi RTT outperforms RSSI-based methods as well, thanks to reduced latency and better accuracy.<br>https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/<br><br>travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding receivers<br><br>○ Time of Flight (ToF) and Round Trip Time (RTT): More advanced systems measure the time it takes for Wi-Fi signals to travel from the device to the access point and back. Wi-Fi RTT (as part of the IEEE 802.11mc protocol) allows for highly accurate distance measurements—often within 1–2 meters—without relying on signal strength, making it ideal for applications that demand precision.<br>https://navigine.com/blog/wifi-for-indoor-positioning-and-navigation/<br><br>**4.3.18.19 Fine timing measurement**<br><br>Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.<br>Source: 802.11-2016 |

| | |
|---|---|
| | The round trip time (RTT) is defined by Equation (11-5).<br><br>travel time $RTT = [(t4' - t1') - (t3 - t2)]$ (11-5)<br><br>where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.<br><br>At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.<br><br>Source: 802.11-2016<br><br><br>each travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding receivers defining the corresponding DLS<br><br>https://www.youtube.com/watch?v=VAzMhld3bH0 |
| determining a first plurality of first arrival times, each first arrival time representing time for | The accused system discloses determining a first plurality of first arrival times (e.g., arrival times of Wi-Fi signal at a Wi-Fi RTT based access points and gateways), each first arrival time (e.g., arrival time at one of the Wi-Fi signal at a Wi-Fi RTT based access points and gateways) representing time for the |

| | |
|---|---|
| the first wireless signal to reach each of the plurality of receivers; | first wireless signal to reach each of the plurality of receivers (e.g., Wi-Fi RTT based access points and gateways).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone. Wi-Fi RTT uses the round-trip time (RTT) to determine the position of a device, such as a smartphone, with respect to Wi-Fi RTT–based access points and gateways. Wi-Fi RTT uses fine time measurement (FTM), where the arrival times of Wi-Fi signals are used to calculate the RTT. As the system uses a plurality of Wi-Fi RTT–based access points and gateways, FTM requires calculating the Wi-Fi signal arrival times for each Wi-Fi RTT–based access point and gateway.<br><br>**Principle of operation**<br>There are 2 types of tracking:<br>1. Tracking using active infrastructure<br>2. Tracking using passive infrastructure<br>Antennas and locators could be based on the following technologies:<br>▸ BLE<br>▸ WiFi<br>▸ WiFi-RTT<br>▸ UWB<br>▸ Ultrasonic<br>The employee's wearable device is a transmitter, and the antennas are receivers that collect and send raw data from the tags where the location is calculated to the server.<br>https://docs.navigine.com/en/Tracking |

| | |
|---|---|
| | **WHAT IS WI-FI RTT**<br><br>Wi-Fi RTT (Round-trip time) is a brand new technology that allows locating devices with unprecedented sub-meter accuracy. Basically, it measures the distance between a device and Wi-Fi routers which is way more accurate than using a GPS signal. The latter can't provide an acceptable level of accuracy at all when it comes to indoor positioning. Wi-Fi RTT outperforms RSSI-based methods as well, thanks to reduced latency and better accuracy.<br>https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/<br><br>○ Time of Flight (ToF) and Round Trip Time (RTT): More advanced systems measure the time it takes for Wi-Fi signals to travel from the device to the access point and back. Wi-Fi RTT (as part of the IEEE 802.11mc protocol) allows for highly accurate distance measurements—often within 1–2 meters—without relying on signal strength, making it ideal for applications that demand precision.<br><br>https://navigine.com/blog/wifi-for-indoor-positioning-and-navigation/ |




https://www.youtube.com/watch?v=VAzMhld3bH0

**4.3.18.19 Fine timing measurement**

Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.

Source: 802.11-2016

**11.24.6.4 Measurement exchange**

Fine Timing Measurement frames are sent during time windows called *burst instances*. The timing of the burst instances is defined by the following parameters:

— Partial TSF Timer – The partial TSF timer, as defined in 9.4.2.168, at the beginning of the first burst instance

— Burst Duration – The duration of each burst instance starting at the boundary of a burst period

— Burst Period – The interval from the beginning of one burst instance to the beginning of the following burst instance.

Source: 802.11-2016

| | |
|---|---|
| | The initiating STA may also request a single burst of FTMs to be taken as soon as possible, in which case it sets the Number of Bursts Exponent field to 0 and the ASAP field to 1. This is illustrated in Figure 11-37.<br><br><br>**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**<br>Source: 802.11-2016 |

| | |
|---|---|
| | The round trip time (RTT) is defined by Equation (11-5).<br>$RTT = [(t4' - t1') - (t3 - t2)]$ plurality of first arrival times (11-5)<br>where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.<br>At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.<br>Source: 802.11-2016 |
| determining the wireless terminal to be positioned within a first DLS of the plurality of DLSs, the first DLS being associated with the point having travel times most closely correlated with the first arrival times. | The accused system discloses determining the wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone) to be positioned within a first DLS (e.g., sublocation) of the plurality of DLSs (e.g., sublocations), the first DLS (e.g., sublocation) being associated with the point (e.g., a position within a sublocation) having travel times (e.g., round trip time) most closely correlated with the first arrival times (e.g., arrival times of Wi-Fi signal at a Wi-Fi RTT based access points and gateways).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone. Wi-Fi RTT uses the round-trip time (RTT) to determine the position of a device, such as a smartphone, with respect to Wi-Fi RTT–based access points and gateways. Wi-Fi RTT uses fine time measurement (FTM), where the arrival times of Wi-Fi signals are used to calculate the RTT. For Wi-Fi RTT–based access points and gateways located within a sublocation, the round-trip times (RTTs) are lower compared to those of Wi-Fi RTT–based access points and gateways located farther away in other sublocations. This closeness, determined through RTT, allows the system to determine the position and thus the sublocation (first DLS) in which the wireless terminal, such as a smartphone is present, the selected sublocation being the one whose travel times best correspond to the measured arrival times. |




Real-Time Positioning

Monitor the live location of assets, employees, and vehicles within your facility. View movement history, assign target groups, and filter by role, zone, or activity. For example, in a hospital setting, staff can instantly locate critical equipment—like defibrillators or infusion pumps—saving valuable time during emergencies. Implementing real-time indoor positioning can reduce search time by up to 80% and improve workflow efficiency by 30% across large facilities.

https://navigine.com/platform/tracking/

- ***Location*** - Locations list;
- ***Sublocation*** - Sublocation list;

defined local spaces (DLSs)

- ***Zone*** - Zones are specific areas that you can set up to trigger notifications;
- ***Groups*** - select which group should receive the notifications;
- ***Priority*** - Notification hierarchy of priorities. The priority rises as the value decreases. If the same beacon is the target of several notification messages, the notification with the highest hierarchy position appears first. The remaining notification messages will show up one by one with a 10-second wait. There are Low, Medium and High priority.
- ***Notification type*** - circumstance under which the notification should be displayed
  *Entry to zone* - This occurs when an employee enters the designated area
  *Quit from zone* - This happens when an employee leaves the zone.
  *Standing in zone* - If an employee stays in the zone for a specific amount of time, a notification is triggered.

https://docs.navigine.com/tracking_guide_new_users

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=VAzMhld3bH0 |

| | |
|---|---|
| | **Principle of operation**<br>There are 2 types of tracking:<br>1. Tracking using active infrastructure<br>2. Tracking using passive infrastructure<br>Antennas and locators could be based on the following technologies:<br>‣ BLE<br>‣ WiFi<br>‣ WiFi-RTT<br>‣ UWB<br>‣ Ultrasonic<br>The employee's wearable device is a transmitter, and the antennas are receivers that collect and send raw data from the tags where the location is calculated to the server.<br>https://docs.navigine.com/en/Tracking<br>**WHAT IS WI-FI RTT**<br>Wi-Fi RTT (Round-trip time) is a brand new technology that allows locating devices with unprecedented sub-meter accuracy. Basically, it measures the distance between a device and Wi-Fi routers which is way more accurate than using a GPS signal. The latter can't provide an acceptable level of accuracy at all when it comes to indoor positioning. Wi-Fi RTT outperforms RSSI-based methods as well, thanks to reduced latency and better accuracy.<br>https://navigine.com/blog/a-needle-in-a-haystack-how-wi-fi-rtt-takes-indoor-positioning-to-the-next-level/ |

| | |
|---|---|
| | travel time<br><br>○ Time of Flight (ToF) and Round Trip Time (RTT): More advanced systems measure the time it takes for Wi-Fi signals to travel from the device to the access point and back. Wi-Fi RTT (as part of the IEEE 802.11mc protocol) allows for highly accurate distance measurements—often within 1–2 meters—without relying on signal strength, making it ideal for applications that demand precision.<br><br>https://navigine.com/blog/wifi-for-indoor-positioning-and-navigation/<br><br>**4.3.18.19 Fine timing measurement**<br><br>Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.<br><br>Source: 802.11-2016<br><br>**11.24.6.4 Measurement exchange**<br><br>Fine Timing Measurement frames are sent during time windows called *burst instances*. The timing of the burst instances is defined by the following parameters:<br>— Partial TSF Timer – The partial TSF timer, as defined in 9.4.2.168, at the beginning of the first burst instance<br>— Burst Duration – The duration of each burst instance starting at the boundary of a burst period<br>— Burst Period – The interval from the beginning of one burst instance to the beginning of the following burst instance.<br><br>Source: 802.11-2016 |

| | |
|---|---|
| | The initiating STA may also request a single burst of FTMs to be taken as soon as possible, in which case it sets the Number of Bursts Exponent field to 0 and the ASAP field to 1. This is illustrated in Figure 11-37.<br><br><br>**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**<br>Source: 802.11-2016 |

| | |
|---|---|
| | The round trip time (RTT) is defined by Equation (11-5).<br><br>[travel time] $RTT = [(t4' - t1') - (t3 - t2)]$ [arrival times] (11-5)<br><br>where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.<br><br>At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.<br><br>Source: 802.11-2016 |